■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LINDER, Appellant. [619 NYS2d 1010] —Judgment unani-

mously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Criminal Possession Stolen Property, 3rd Degree.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.